UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL E. MOXHAM,**

    **Plaintiff,**

v.                              Case No.: 6:20-2079-ORL-41DCI

**HOLMES REGIONAL**
**MEDICAL CENTER, INC.,**

    **Defendant.**
_____/

**UNOPPOSED MOTION TO WITHDRAW AS**
**ATTORNEYS OF RECORD FOR PLAINTIFF**

    The undersigned attorneys of record, Brandon J. Hill and Amanda E. Heystek together with the firm Wenzel, Fenton Cabassa, P.A., move this Honorable Court for entry of an order allowing them to withdraw as counsel for the Plaintiff in this matter. Additionally, the undersigned asks that the Court provide Mr. Moxham with 45 days to find additional counsel. In support for the motion, the undersigned states:

    1.    The undersigned were retained by Plaintiff Daniel Moxham to represent him in the above-styled case.

    2.    Rule 4-1.16(b), Rules Regulating the Florida Bar, states that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if the client insists on pursuing an objective that the lawyer considers repugnant or imprudent, or if the representation will result in an unreasonable financial burden on the lawyer or

has been rendered unreasonably difficult by the client, or if other good cause for withdrawal exists.  The comments to Rule 4-1.16 state that, "[t]he court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation.  The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."

3. Professional considerations require termination of the representation in this case.

4. Because the Rules Regulating the Florida Bar anticipate that the undersigned counsel may withdraw under the circumstances presented by the facts in this case, and because Plaintiff will not be prejudiced by the withdrawal of the undersigned counsel, the undersigned respectfully request that this Court permit the undersigned attorneys, Brandon J. Hill, Amanda E. Heystek, together with the firm Wenzel, Fenton Cabassa, P.A to withdraw from this case.

5. Mr. Moxham's last known address is 1411 Hill Ave, Melbourne, Florida, 32940, and his email address is mso4gtt@gmail.com.

6. Additionally, Plaintiff's current March 5, 2021 deadline (*see* Doc. 14), to move to reopen the case for further proceedings should be extended to April 19, 2021, so as to provide Plaintiff with sufficient time to obtain new counsel.

**WHEREFORE**, for the reasons set forth herein, the undersigned counsel respectfully requests that this Court permit them to withdraw from this case.

## LOCAL RULE CONFERRAL CERTIFICATION

Plaintiff's attorneys conferred in good faith with Defendant in an attempt to resolve the issues raised by the Motion, and Defendant "does not oppose the relief sought in the Motion, subject expressly to reserving and not waiving its right to seek enforcement of the terms of the settlement Defendant maintains were already reached and agreed, including resolution of this case and dismissal of this action." Plaintiff disagrees with Defendant's position that a settlement was reached.

Dated this 2nd day of March, 2021.

> Respectfully submitted,
>
> */s/Brandon J. Hill*
> **BRANDON J. HILL**
> Florida Bar Number: 37061
> Direct Dial Number: 813-337-7992
> **WENZEL FENTON CABASSA, P.A.**
> 1110 North Florida Avenue, Suite 300
> Tampa, Florida  33602
> Main Number: 813-224-0431
> Facsimile: 813-229-8712
> E-Mail: bhill@wfclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2021, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  Additionally, copies were mailed to the following non-CM/ECF users:

Plaintiff Daniel Moxham at 1411 Hill Ave, Melbourne, Florida, 32940, mso4gtt@gmail.com.

> */s/Brandon J. Hill*
> **BRANDON J. HILL**