**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL E. MOXHAM,

    **Plaintiff,**

v.                                                   Case No. 6:20-cv-2079-CEM-DCI

HOLMES REGIONAL MEDICAL CENTER INC.,

    **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | HELD VIA ZOOM (VIDEOCONFERENCE) |
|---|---|---|---|
| DEPUTY CLERK: | N. Rodriguez | COUNSEL FOR PLAINTIFF: | Amanda E. Heystek<br>Brandon Hill<br>Steven Wenzel |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Louis Donlan Wilson |
| DATE/TIME: | March 5, 2021<br>10:01-10:19AM | | |
| TOTAL TIME: | 18 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING**

Case called, appearances made, procedural setting by the Court.
Hearing held via Zoom due to COVID-19 pandemic.
Hearing held on Unopposed Motion for Brandon J. Hill to Withdraw as Attorney by Daniel E. Moxham, Doc. 15.
Parties made arguments.
Court places its decision on the record.
Motion is granted, Plaintiff shall obtain new counsel within 30 days, Court set new deadlines, Order to enter.
Court adjourned.